IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VONQUET BOWMAN,<br>*Individually and on behalf of all others similarly situated*<br><br>    Plaintiff,<br><br>v.<br><br>CVS HEALTH CORPORATION and NEW JERSEY CVS PHARMACY, L.L.C<br><br>    Defendants. | Case No: 22-cv-00071-JJM-LDA |

## JOINT MOTION FOR APPROVAL OF THE PROPOSED SETTLEMENT AGREEMENT AND FULL AND FINAL RELEASE OF CLAIMS AND DISMISSAL WITH PREJUDICE

Vonquet Bowman ("Plaintiff"), CVS Health Corporation and New Jersey CVS Pharmacy, LLC (collectively "Defendants") (Plaintiff and Defendants collectively "Parties") have agreed to enter into a proposed Settlement Agreement and Full and Final Release of Claims ("Settlement Agreement"). Although Defendants dispute the validity of Plaintiff's claims, to avoid the expense, time, and uncertainty of trial, the parties have agreed to settle the matter. The Settlement Agreement secures monetary compensation for Plaintiff's Fair Labor Standards Act claims (and any other claims) and is fair and reasonable. The Parties, by and through the undersigned counsel,

hereby respectfully request that this Honorable Court allow them to submit a copy of the Settlement Agreement under seal for in camera review and grant this joint motion ("Motion") for approval of the proposed settlement agreement and full and final release of claims and dismissal with prejudice.

Accordingly, the parties respectfully request this Honorable Court review the Settlement Agreement in camera, approve the Settlement Agreement, and enter an order granting this Motion in the proposed form submitted herewith approving the Settlement Agreement as it relates to the settlement of Plaintiff's claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*, and dismiss Plaintiff's claims with prejudice.

DATED: October 26, 2023

Respectfully Submitted,

LAW OFFICES OF PETER N. WASYLYK
By: /s/ Peter N. Wasylyk
Peter N. Wasylyk (R.I. Bar # 3351)
1307 Chalkstone Avenue
Providence, RI 02908
Tel: (401) 831-7730
Fax: (401) 861-6064
Email: pnwlaw@aol.com

*Attorney for: Plaintiff Vonquet Bowman*

SEYFARTH SHAW LLP
By: /s/ Sara Sweeney (R.I. Bar #7841)
Two Seaport Lane, Suite 1200
Boston, MA 02210
Tel: (617) 947-8381
Fax: (617) 439 3648

*Attorney for Defendants:*
*CVS Health Corporation and*
*New Jersery CVS Pharmacy, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that this Joint Motion for Approval of the Proposed Settlement Agreement and Full and Final Release of Claims and Dismissal with Prejudice filed through the ECF System will be sent electronically on October 26, 2023, to counsel of record.

                                                    /s/ Peter N. Wasylyk
                                                    Peter N. Wasylyk