IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VONQUET BOWMAN,<br>*Individually and on behalf of all others similarly situated*<br><br>Plaintiff,<br><br>v.<br><br>CVS HEALTH CORPORATION and NEW JERSEY CVS PHARMACY, L.L.C<br><br>Defendants. | Case No: 22-cv-00071-JJM-LDA |

**ORDER APPROVING THE SETTLEMENT AGREEMENT AND FULL AND FINAL RELEASE OF CLAIMS AND DISMISSAL WITH PREJUDICE**

This litigation, *Vonquet Bowman v. CVS Health Corporation and New Jersey CS Pharmacy, L.L.C.*, Civil Action No. 22-00071-JJM ("Litigation"), involves a claim under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* based on Vonquet Bowman's claim that Plaintiff worked for CVS Health Corporation and New Jersey CVS Pharmacy L.L.C. ("Defendants") in excess of forty (40) hours per week on a vaccine project but was paid overtime for those hours at a rate that failed to include Defendants' extra premium, for time spent on the project. Defendants have denied Plaintiff's allegations. This matter is before this Honorable Court upon Plaintiff and Defendants' ("Parties) Joint Motion for Approval of the Proposed Settlement

Agreement ("Settlement Agreement") and Full and Final Release of Claims and Dismissal with Prejudice ("Motion").

This Order provides judicial approval of a reasonable compromise. It is not a finding, conclusion, or reflection of any violation of the FLSA, willful, intentional, or otherwise. The Court has reviewed the Parties' Motion and the Settlement Agreement. The Court notes that the Parties are represented by experienced and competent counsel. The Court further notes that there are bona fide issues in dispute over Plaintiff's claims. The Court believes that the Parties' Agreements reflect a fair and reasonable resolution of these bona fide disputes. Therefore, the Court ORDERS as follows:

1. The Court GRANTS the Parties' Motion.
2. The Court APPROVES the form of the Settlement Agreement and the release of Plaintiff's FLSA claims.
3. The Court APPROVES the monetary distribution to Plaintiff and Plaintiff's Counsel as described in the Agreement and ORDERS Defendants to make payment.
4. Plaintiff's FLSA claim, is hereby DISMISSED WITH PREJUDICE.

ORDERED this __27th__ day of October, 2023.

_/s/ John J. McConnell, Jr._
John J. McConnell, Jr.,
United States District Judge-Chief Judge

## CERTIFICATE OF SERVICE

      I hereby certify that this Proposed Order Approving the Settlement Agreement and Full and Final Release of Claims and Dismissal with Prejudice filed through the ECF System will be sent electronically on October 26, 2023, to counsel of record.

<u>/s/ Peter N. Wasylyk</u><br>
Peter N. Wasylyk